# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **HILL CUSTOM GUITARS, INC.,** *et al.*, | CASE NO. |
| Plaintiff, | JUDGE |
| v. | |
| **ARMADILLO DISTRIBUTION ENTERPRISES, INC. d/b/a DEAN GUITARS,** *et al*. | |
| Defendants. | **NOTICE OF REMOVAL** |

Defendants Armadillo Distribution Enterprises, Inc. (d/b/a Dean Guitars) ("Armadillo"), Elliott Rubinson, and Jon Hill hereby remove the above-captioned action from the Ohio Court of Common Pleas, Cuyahoga County (Case. No. CV 08 677908) to the United States District Court for the Northern District of Ohio, pursuant to 28 U.S.C. §1332 and in support thereof, state as follows:

1. Plaintiffs Hill Custom Guitars, Inc. and Seven Chudakoff commenced this action by filing a Verified Complaint on or about December 3, 2008 in the Court of Common Pleas of Cuyahoga County.

2. Defendants have not yet been served; however, counsel for Plaintiffs provided a courtesy copy of the Complaint and summons to counsel for Defendants on December 3, 2008.

3. Defendant Armadillo is a Florida corporation with its principal place of business in Tampa, Florida.

4. Defendants Rubinson and Hill are domiciled in and residents of Florida.

5. Plaintiff Hill Custom Guitars is an Ohio Corporation with its principal place of business in Cleveland, Ohio. (Complaint at ¶ 3.) Plaintiff Chudakoff is a citizen of the state of Ohio. (Complaint Caption.)

6. The Verified Complaint is the initial pleading setting forth the claim for relief upon which this action is based. Plaintiffs have also filed a Motion for Temporary Restraining Order, Brief in Support thereof, Certification of Notice, and Proposed Journal Entry. Copies of all of the foregoing are attached hereto as Exhibit "A." To the best of Defendants' knowledge, no further pleadings, motions, memoranda or other documents have been filed in the instant case.

7. Since Plaintiffs are citizens of Ohio and none of the Defendants are citizens of Ohio, there is complete diversity under 28 U.S.C. §1332.

8. Plaintiffs have asserted claims for breach of fiduciary duty, tortious interference with business relationships, misappropriation of corporate opportunity, civil conspiracy and misappropriation of trade secrets. Among other things, Plaintiffs demand compensatory damages in excess of $25,000, exemplary damages of Five Million dollars ($5,000,000), and "attorney fees cost." (Complaint at Prayer for Relief.)

9. Taking into account the total of Plaintiffs' compensatory damages claim, their claim for Five Million Dollars in exemplary damages, and their demand for "attorney fees cost," it is more likely than not that the amount in controversy exceeds $75,000.

10. Accordingly, this Court has original jurisdiction over this action pursuant to 28 U.S.C. §1332 in that there is complete diversity and the "matter in controversy exceeds the value of $75,000, exclusive of interest and costs."

11. Defendants are entitled to remove this action to this Court pursuant to 28 U.S.C. §1441(a) and (b).

12. The United States District Court for the Northern District of Ohio, Eastern Division, embraces Cuyahoga County, Ohio where the Complaint was filed, and it is therefore proper to remove this action to this Court. 28 U.S.C. §1441(a).

13. Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is being timely filed within thirty (30) days of receipt by Defendants of Plaintiffs' complaint.

14. Pursuant to 28 U.S.C. § 1446(d), Defendants will give to Plaintiffs written notice of the filing of this Notice of Removal.

15. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be filed with the Court of Common Pleas of Cuyahoga County. A copy of the Notice of Filing Notice of Removal that is being filed with the Cuyahoga County Court of Common Pleas is attached hereto as Exhibit "B."

WHEREFORE, Defendants Armadillo Distribution Enterprises, Inc. (d/b/a Dean Guitars), Elliott Rubinson, and Jon Hill hereby remove this action now pending in the Court of Common Pleas for Cuyahoga County to the United States District Court for the Northern District of Ohio.

Respectfully submitted,

/s/Stephen D. Williger
Stephen D. Williger (0014342)
Stephen.Williger@ThompsonHine.com
Christopher R. Johnson (0072995)
Chris.Johnson@ThompsonHine.com
Thompson Hine LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Removal* was filed electronically with the Clerk of Court, this   3rd   day of December, 2008, using the CM/ECF system, which will send notification of such filing to all registered counsel electronically.  A copy of the foregoing Notice of Removal also was sent via email and mailed first-class, postage prepaid upon the following:

>Robert P. DeMarco
>Joseph J. Triscaro
>30505 Bainbridge Road, Suite 225
>Solon, OH 44139
>rpdatty@sbcglobal.net
>
>*Attorneys for Plaintiffs*


>/s/Stephen D. Williger
>One of the Attorneys for Defendant