## COURT OF COMMON PLEAS
## CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| **HILL CUSTOM GUITARS, INC.,** *et al.*, | ) CASE NO. CV 08 677908 |
| Plaintiff, | ) JUDGE LANCE T. MASON |
| v. | ) |
| **ARMADILLO DISTRIBUTION ENTERPRISES, INC. d/b/a DEAN GUITARS,** *et al.* | ) |
| Defendants. | ) **DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL** |

Defendants Armadillo Distribution Enterprises, Inc. (d/b/a Dean Guitars), Elliott Rubinson and Jon Hill have filed a Notice of Removal on this 3rd day of December 2008, a copy of which is attached hereto as Exhibit 1, in the office of the clerk of the United States District Court, Northern District of Ohio.

Respectfully submitted,

Stephen D. Williger (0014342)
Stephen.Williger@ThompsonHine.com
Christopher R. Johnson (0072995)
Chris.Johnson@ThompsonHine.com
Thompson Hine LLP
3900 Key Center, 127 Public Square
Cleveland, OH 44114-1291
Telephone: (216) 566-5500
Facsimile: (216) 566-5800

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Notice of Filing Notice of Removal* was served this  3rd  day of December 2008, via email and first-class, postage prepaid U.S. Mail upon the following:

>Robert P. DeMarco
>Joseph J. Triscaro
>30505 Bainbridge Road, Suite 225
>Solon, OH 44139
>rpdatty@sbcglobal.net
>
>*Attorneys for Plaintiffs*

_____
One of the Attorneys for Defendants